IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KELLY HOPKINS, et al. | : | CIVIL ACTION |
| Plaintiffs, | : | NO. 07-3679 |
| v. | : | |
| NEW DAY FINANCIAL, et al. | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 4th day of December 2009, upon consideration of Defendants' Motion to Disqualify Counsel (Docket No. 101), Plaintiffs' Response in Opposition (Docket No. 107), and Defendants' Reply to Plaintiffs' Response (Docket No. 109), it is **ORDERED** that Defendants' Motion is **DENIED**.

BY THE COURT

/s/ Joel H. Slomsky, J.
JOEL H. SLOMSKY, J.